Not for Publication in West's Federal Reporter
Citation Limited Pursuant to lst Cir. Loc. R. 32.3

# United States Court of Appeals
## For the First Circuit

---

No. 02-1399

OSCAR DIAZ,

Plaintiff, Appellant,

v.

FEDERAL BUREAU OF PRISONS,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Patti B. Saris, U.S. District Judge]

---

Before

Selya, Lynch and Howard,
Circuit Judges.

---

Oscar Diaz on brief pro se.
Michael J. Sullivan, United States Attorney, and Nancy Rue,
Assistant U.S. Attorney, on brief for appellee.

---

January 24, 2003

---

**Per Curiam**.    Upon de novo review of the district court judgment in light of the parties' arguments and the record on appeal, we <u>affirm</u> the summary judgment substantially for the reasons set forth in the magistrate judge's report of December 20, 2001 and the district judge's order of February 7, 2002. Appellant's additional assignments of error relating to the <u>in camera</u> inspection of the tape recording and proof of its authenticity, and the court's interpretation of appellant's pleading, are meritless.

Appellant's letter motion requesting a copy of the tape recording is dismissed as <u>moot</u>.

**Affirmed**.